# United States Court of Appeals

## For the Eighth Circuit

_____

No. 17-1956

_____

Mia M. Daugherty,

*Plaintiff - Appellant*,

v.

AAA Auto Club of Missouri,

*Defendant - Appellee*.

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: April 5, 2018
Filed: April 12, 2018
[Unpublished]

_____

Before WOLLMAN, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Mia Daugherty appeals the district court's[1] order confirming an arbitration award, and denying her motion challenging the award. Having carefully reviewed the

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

record, we conclude that the district court did not err in confirming the arbitration award.  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____